UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JAMES R. RATCLIFF, | Civil No. 3:18-CV-05312-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will:

(1) evaluate the severity of the claimant's thoracic outlet syndrome;

(2) re-evaluate the opinion evidence pursuant to 20 CFR 404.1527;

(3) re-evaluate the claimant's subjective allegations pursuant to Social Security Ruling 16-3p;

(4) re-evaluate the claimant's residual functional capacity pursuant to Social Security Ruling 96-8p;

(5) obtain supplemental vocational expert evidence if necessary; and

(6) offer the claimant the opportunity for a hearing.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 7th day of January, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov